UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Quiwaneca Spikes,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NDOC, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-01815-ART-EJY<br><br>**Order** |

Pending before the Court is Plaintiff's Motion to Amend Complaint (ECF No. 3), which attaches an unsigned proposed First Amended Complaint. *Id.* at 3-32. Under Rule 11(a) of the Federal Rules of Civil Procedure, parties who are representing themselves must personally sign every filing they submit to the Court. If a party does not promptly correct the omission of a signature from a filing after that omission is brought to the party's attention, then the Court must strike the unsigned filing.

Accordingly, IT IS HEREBY ORDERED that on or before **May 30, 2025**, Plaintiff must sign and return the proposed First Amended Complaint.

IT IS FURTHER ORDERED that the Clerk of the Court send Plaintiff a courtesy copy of the unsigned proposed First Amended Complaint (ECF No. 3 at 3–32).

IT IS FURTHER ORDERED that failure to comply with this Order will result in the Court striking the proposed first amended complaint.

Dated this 7th day of May, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1