**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| QUIWANECA SPIKES, | Case No.: 2:24-cv-01815-ART-EJY |
| Plaintiff, | **Order** |
| v. | |
| ELLA, et al., | |
| Defendants. | |

Plaintiff Quiwaneca Spikes, proceeding *pro se,* initiated this action on September 26, 2024, by submitting an Application to Proceed *in forma pauperis* ("IFP") together with a Civil Rights Complaint under 42 U.S.C. § 1983.  ECF Nos. 1, 1-1.  A review of the Nevada Department of Corrections inmate database shows Plaintiff is no longer incarcerated.  Plaintiff has not filed an updated address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. This rule states a *pro se* party must "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." *Id*.  Failure of a *pro se* party to update her address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file her updated address with the Court no later than July 2, 2026.

IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this action without prejudice.

DATED: June 3, 2026

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1