UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

QUIWANECA SPIKES,

Plaintiff,

v.

ELLA, *et al.*,

Defendants.

Case No.  2:24-cv-01815-ART-EJY

**ORDER**

This action commenced when Plaintiff filed her 42 U.S.C. § 1983 Civil Rights Complaint on September 26, 2024.  ECF No. 1-1.  When Plaintiff initiated this case, she submitted an application to proceed *in forma pauperis* for prisoners.  ECF No. 1.  On May 4, 2026, the Court imposed a stay and ordered the parties to mediate with a court-appointed mediator.  ECF Nos. 24, 27.  However, after Plaintiff was discharged from prison she did not immediately change her address, and the mediation did not occur because she failed to appear.  ECF Nos. 28, 29, 33.  Plaintiff filed a notice of change of address three days after the scheduled mediation.  ECF No. 34.  Due to limited judicial resources, the Court will not be rescheduling the mediation but will send this case onto the normal litigation track.  However, to proceed with this case, Plaintiff must file an application to proceed *in forma pauperis* by a non-prisoner by August 7, 2026, or pay the full filing fee of $405.  After the Court determines the matter of the payment of the filing fee, the Court will issue an order on the matter of service.

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

2.      The Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1

3.    By August 7, 2026, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

4.    If Plaintiff does not timely comply with this order, dismissal of this action may result.

5.    Upon the resolution of the matter of the filing fee, this Court will issue a subsequent order on the matter of service.

DATED this: July 7, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2