UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Quiwaneca Spikes,

Plaintiff,

v.

Ella, *et al.*,

Defendants.

Case No. 2:24-cv-01815-ART-EJY

**ORDER**

This action commenced when Plaintiff filed her 42 U.S.C. § 1983 Civil Rights Complaint on September 26, 2024. ECF No. 1-1. In compliance with this Court's order, Plaintiff has submitted an application to proceed in district court without prepaying fees or costs following her release from prison. ECF No. 41. Based on the financial information provided, the Court grants Plaintiff leave to proceed without prepayment of fees or costs under 28 U.S.C. § 1915(a)(1).[1] Pursuant to this Court's previous order, the Court is sending this case onto the normal litigation track.

The Court denies Plaintiff's motion for obeyance (ECF No. 42) which seems to ask the Court to rule in Plaintiff's favor for the entire case. The Court notes that this case is still in the service stage.

For the foregoing reasons, **IT IS HEREBY ORDERED** that:

Plaintiff's application to proceed in district court without prepaying fees or costs (ECF No. 41) is GRANTED.

1. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor.

2. The Clerk of the Court will electronically SERVE a copy of this order and a copy of Plaintiff's third amended complaint (ECF No. 18) on the Office of the Attorney General of the State

[1] Plaintiff is not subject to the requirements of 28 U.S.C. § 1915(a)(2), (b) because she is no longer a "prisoner" within the meaning of the statute. *See* 28 U.S.C. § 1915(h).

of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

3. Service must be perfected within ninety (90) days from the date of this order pursuant to Fed. R. Civ. P. 4(m).

4. Subject to the findings of the screening order (ECF No. 24), within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office will file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office will file, *under seal*, but will not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office will attempt to obtain and provide the last known physical address(es).

5. If service cannot be accepted for any of the named defendant(s), Plaintiff will file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, Plaintiff will provide the full name and address for the defendant(s).

6. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) will file and serve an answer or other response to the third amended complaint within **sixty (60) days** from the date of this order.

7. Plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. If Plaintiff electronically files a document with the Court's electronic-filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); Nev. Loc. R. IC 4-1(b); Nev. Loc. R. 5-1. However, if Plaintiff mails the document to the Court, Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has

entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

8. The motion for obeyance (ECF No. 42) is DENIED.

DATED THIS: July 28, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE