UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

QUIWANECA SPIKES,

Plaintiff,

v.

ELLA, et al.,

Defendants.

Case No. 2:24-cv-01815-ART-EJY

**ORDER**

On August 18, 2026 the Nevada Attorney General's Office filed a notice of Acceptance of Service on behalf of Defendants Ella Cordovez and Maria Raines. ECF No. 44. The Attorney General did not accept service on behalf of "Nurse Bridge" because he could not "identify any nurse by that name employed by the NDOC at Florence McClure Women's Correctional Center." *Id.* Without additional information, Nurse Bridge cannot be served.

Accordingly, IT IS HEREBY ORDERED that no later than **September 15, 2026**, Plaintiff must file a report providing as much information as possible describing or identifying Nurse Bridge. Such information might include a first name or first initial, a physical description, dates he/she worked, or anything else that might help the Nevada Attorney General identify this individual.

Plaintiff is advised that without additional information it will not be possible to identify Nurse Bridge, which will prevent service and may lead to dismissal based on a failure to serve.

Dated this 18th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE